## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

United States of America                 §
                                         §
vs.                                      §        Criminal No.:  SA:22-CR-00615(1)-JKP
                                         §
(1) Beto Hernandez                       §
   *Defendant*

## MEMORANDUM AND RECOMMENDATION

Pursuant to the referral by the district judge, the defendant, defendant's attorney and the attorney for the government appeared before the undersigned magistrate judge on **August 14, 2025**, for the purpose of defendant's entry of a plea of guilty.  At that time defendant entered a guilty plea as stated in the record.  The magistrate judge addressed the defendant personally in open court and, after assuring that defendant was competent to proceed and had consented to pleading guilty before a magistrate judge, admonished the defendant in accordance with Rule 11, Fed.R.Crim.P., of the nature of the charge, the possible penalties, defendant's constitutional and statutory rights, and the consequences of pleading guilty.   Defendant acknowledged understanding these admonishments.  The undersigned also addressed defendant concerning the voluntariness of the guilty plea.  Finally, the undersigned assured the existence of a factual basis for the guilty plea.  Based upon the answers to the court's questions from defendant and from counsel, the magistrate judge makes the following findings:

1.    the defendant is competent to stand trial;

2.    the defendant has consented to plead guilty before a magistrate judge;

3.    the defendant fully understands the nature of the charge and the penalties;

4.    the defendant understands defendant's constitutional and statutory rights and desires to waive them;

5.    the defendant's plea is freely, knowingly and voluntarily made; and

6.    there is a factual basis for the plea.

### RECOMMENDATION

It is, therefore, the recommendation of the Magistrate Judge that the guilty plea be **ACCEPTED** and that a judgment of guilt be entered against defendant.

**Instructions for Service and**
**Notice of Right to Appeal / Object**

        The United States District Clerk shall serve a copy of  this Memorandum and
Recommendation on all parties either (1) electronic transmittal to all parties represented by an
attorney registered as a Filing User with the Clerk of Court pursuant to the Court's Procedural
Rules for Electronic Filing in Civil and Criminal Cases; or (2) by certified mail, return receipt
requested, to any party not represented by an attorney registered as a Filing User.  Pursuant to
Title 28 U.S.C. Section 636 (b) (1) and Rule 59(b)(2), Fed.R.Crim.P., any party who desires to
object to this report must serve and file written objections to the Memorandum and
Recommendation within 14 days after being served with a copy unless this time period is
modified by the district court. A party filing objections must specifically identify those findings,
conclusions or recommendations  to which  objections are being made and  the basis for such
objections; the district court need not consider frivolous, conclusory or general objections. *Such*
*party shall file the objections with the clerk of court, and serve the objections on all other*
*parties and the magistrate judge.*  A party's failure to file written objections to the proposed
findings, conclusions and recommendations contained in this report shall bar the party from a de
novo determination by the district court. See *Thomas v. Arn*, 474 U.S. 140, 150, 106 S.Ct. 466,
472, 88 L.Ed.2d 435 (1985). Additionally, any failure to file written objections to the proposed
findings, conclusions and recommendation contained in this Memorandum and Recommendation
within 14 days after being served with a copy shall bar the aggrieved party, except upon grounds
of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal
conclusions accepted by the district court.    *Douglass v. United Services Automobile*
*Association*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

        SIGNED August 14, 2025.


ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE